986

Maurice ROSENBLATT, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 24857.

United States Court of Appeals
Fifth Circuit.

May 31, 1968.

Dougal C. Pope, Houston, Tex., for appellant.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, William A. Friedlander, Jeanine Jacobs, Attys., Dept. of Justice, Washington, D. C., Morton L. Susman, U. S. Atty., Houston, Tex., James R. Gough, Asst. U. S. Atty., Houston, Tex., for appellee.

Before GOLDBERG and CLAYTON, Circuit Judges, and HANNAY, District Judge.

PER CURIAM:

There being no merit to this appeal, the case was, from the bench.

Affirmed.

Louis JOSEPH, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 25352.

United States Court of Appeals
Fifth Circuit.

May 30, 1968.

Louis Joseph, pro se.

Jack Greenberg, Michael Meltsner, W. Haywood Burns, New York City, amici curiae.

Harry Connick and Horace P. Rowley, III, Asst. U. S. Attys., New Orleans, La., Louis C. La Cour, U. S. Atty., New Orleans, La., for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The judgment of the trial court is affirmed. Bryans v. Blackwell, 5 Cir., 387 F.2d 764.